UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:06-cr-48 |
| ) | |
| vs. ) | JUDGE EDGAR |
| ) | MAGISTRATE JUDGE CARTER |
| ) | |
| LARRY D. JOHNSON ) | |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea; (2) accept Defendant's plea of guilty to Counts Two and Four of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts Two and Four of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. No. 23].  Neither party filed a timely objection to the report and recommendation.  After reviewing the record, the Court agrees with the magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. No. 23] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts Two and Four is **GRANTED**;

(2) Defendant's plea of guilty to Counts Two and Four of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Two and Four of the Indictment; and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

                         */s/ R. Allan Edgar*
                         R. ALLAN EDGAR
                     UNITED STATES DISTRICT JUDGE